# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-10145-TPA |
| | : | |
| Richard Andrew Grasso and | : | CHAPTER 13 |
| Barbara Jean Grasso, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**

**Next Payment Advice Expected (post-filing):**

C.B.   GRASSO, RICHARD ANDREW & BARBARA JEAN

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-10145-TPA |
| | : | |
| Richard Andrew Grasso and | : | CHAPTER 13 |
| Barbara Jean Grasso, | : | |
| Debtors | : | |
| | : | |
| Richard Andrew Grasso, | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Richard Andrew Grasso**, hereby state as follows:

1.) I am retired; therefore I am unable to provide paystubs from the past sixty (60) days.
2.) I receive Social Security Benefits in the amount of $2,156.00 per month.
3.) I was required to file 2015 - 2016 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: February 28, 2018          /s/ Richard Andrew Grasso
                                 Debtor

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-10145-TPA |
| | : | |
| **Richard Andrew Grasso and** | : | CHAPTER 13 |
| **Barbara Jean Grasso,** | : | |
| Debtors | : | |
| | : | |
| **Barbara Jean Grasso,** | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Barbara Jean Grasso**, hereby state as follows:

1.) I am retired; therefore I am unable to provide paystubs from the past sixty (60) days.
2.) I receive Social Security Benefits in the amount of $703.00 per month.
3.) I receive two Pensions in the amounts of $418.72 and $375.99 per month.
4.) I also receive Royalties in the amount of $320.63 per month.
5.) I was required to file 2015 - 2016 tax returns; therefore I have submitted the same to the Trustee.
6.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: February 28, 2018                /s/ Barbara Jean Grasso
                                       Joint Debtor