**Form 235**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

31 – 15, 20
vson

In re:                                              :   Bankruptcy Case No.: 18–10145–TPA
                                                    :
                                                    :   Chapter: 13
                                                    :   Issued per the September 4, 2018 Proceeding

**Richard Andrew Grasso**
     Debtor(s)                                           Barbara Jean Grasso

**ORDER OF COURT CONFIRMING PLAN**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

***(1.)   PLAN CONFIRMATION:***

　　　IT IS HEREBY ORDERED that the Plan dated March 19, 2018 is CONFIRMED. A copy of this plan was previously mailed to you.

***(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.      Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.      Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.      Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre–petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.      Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.      Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

***(3.)   IT IS FURTHER ORDERED THAT:***

**A.      **After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.      **Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**      Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

 Dated: September 7, 2018
cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 18-10145-TPA
Richard Andrew Grasso                                                       Chapter 13
Barbara Jean Grasso
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson          Page 1 of 2          Date Rcvd: Sep 07, 2018
                             Form ID: 235         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2018.
```
db/jdb      +Richard Andrew Grasso,    Barbara Jean Grasso,    4400 East Lake Road,    Apt 320,
              Erie, PA 16511-1394
14777968    +Aes / Pheaa Frn,    PO Box 61047,    Harrisburg, PA 17106-1047
14782534    +Alexis Rehders,    1418 Lynn Street,    Erie, PA 16503-1731
14777969   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
14824327    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14777970    +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14777972    +Capital One / Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14809568     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14777975    +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14807087    +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14814181    +PNC Bank, N.A.,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14777979   #+Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
14777980    +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
14777981    +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14777982    +Sears / Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
14777986    +The Home Depot / Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14782535    +UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14818707     UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14818708     UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14796824   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank National Association,    Bankruptcy Department,
              PO Box 108,    St. Louis MO 63166-0108)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14777971     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 08 2018 01:39:11     Capital One,
              15000 Capital One Drive,    Richmond, VA 23238
14777973    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 08 2018 01:42:13     Comenity Bank / Bonton,
              Po Box 182789,    Columbus, OH 43218-2789
14777974    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 08 2018 01:42:13     Comenity Bank / Hsn,
              Po Box 182120,    Columbus, OH 43218-2120
14777976    +E-mail/Text: bankruptcy@firstenergycorp.com Sep 08 2018 01:42:34     First Energy,
              Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14777977    +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 08 2018 01:42:40     Keybank Na,
              4910 Tiedeman Road,    Cleveland, OH 44144-2338
14777978     E-mail/Text: bnckohlsnotices@becket-lee.com Sep 08 2018 01:42:00     Kohls / Capital One,
              N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
14807453    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 08 2018 01:42:27     MIDLAND FUNDING LLC,
              PO BOX 2011,    Warren MI 48090-2011
14814092     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2018 01:39:13
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14778780    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2018 01:37:32
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14809324     E-mail/Text: bnc-quantum@quantum3group.com Sep 08 2018 01:42:17
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14777983    +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2018 01:39:12     Syncb / Jcpenney,    Po Box 965007,
              Orlando, FL 32896-5007
14777984    +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2018 01:39:12     Syncb / Lowes,    Po Box 965005,
              Orlando, FL 32896-5005
14777985    +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2018 01:37:31     Syncb / Walmart,    Po Box 965024,
              Orlando, FL 32896-5024
                                                                                    TOTAL: 13
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGE
cr*         +PRA Receivables Management, LLC,    Po Box 41021,    Norfolk, VA 23541-1021
14777987*  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,    4325 17th Avenue South,    Fargo, ND 58125)
                                                                         TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-1          User: vson              Page 2 of 2            Date Rcvd: Sep 07, 2018
                             Form ID: 235            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Richard Andrew Grasso dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Barbara Jean Grasso dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO
           NATIONAL CITY BANK, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY
           BANK OF INDIANA bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 5
```