**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/25/2020

IN RE:

RICHARD ANDREW GRASSO                          Case No.18-10145 TPA
BARBARA JEAN GRASSO
4400 EAST LAKE ROAD                             Chapter 13
APT 320
ERIE,  PA  16511
XXX-XX-9706          Debtor(s)

XXX-XX-9297

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

        NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

        This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

        This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

        The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/25/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 1375 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  LOWES/PRAE | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PNC~NCB/PRAE | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| POB 94982 | Court Claim Number:NC | ACCOUNT NO.: 5479 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44101 | COMMENT:  RS/MDF OE*SURR/PL*2ND~NT ADR/SCH*DKT | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| 3232 NEWMARK DR | Court Claim Number:9 | ACCOUNT NO.:  7672 |
| | CLAIM:  0.00 | |
| MIAMISBURG, OH  45342 | COMMENT:  RS/MDF OE*SURR@PNC MTG/PL*CL=48225.84*DKT | |

| | | |
|---|---|---|
| **ECMC(*)** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:3 | ACCOUNT NO.: 9297 |
| PO BOX 16478 | | |
| | CLAIM:  19,707.55 | |
| ST PAUL, MN  55116-0478 | COMMENT:  AES/SCH*0004/SCH*FR PHEAA-DOC 34 | |

| | | |
|---|---|---|
| **ALEXIS REHDERS** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1418 LYNN ST | Court Claim Number: | ACCOUNT NO.: 3612 |
| | CLAIM:  0.00 | |
| ERIE, PA  16503 | COMMENT:  NO$~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA**** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:12 | ACCOUNT NO.: 1186 |
| | CLAIM:  11,329.87 | |
| WILMINGTON, DE  19886-5102 | COMMENT: | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA**  (LMP)** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPT (LMP) | Court Claim Number: | ACCOUNT NO.: 7465 |
| PO BOX 660933 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266-0933 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA**** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:13 | ACCOUNT NO.: 0587 |
| | CLAIM:  5,490.58 | |
| WILMINGTON, DE  19886-5102 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:8 | ACCOUNT NO.: 5303 |
| | CLAIM:  7,146.54 | |
| NORFOLK, VA  23541 | COMMENT:  CARNIVAL/BARCLAYS | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:4 | ACCOUNT NO.:  5000 |
| PO BOX 2011 | | |
| | CLAIM:  3,925.28 | |
| WARREN, MI  48090 | COMMENT:  CAPITAL ONE | |

| | | |
|---|---|---|
| **CAPITAL ONE(*)** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  0053 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT:  BEST BUY/SCH | |

| | | |
|---|---|---|
| **COMENITY BANK** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.:  3575 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~BON TON/SCH | |

| | | |
|---|---|---|
| **COMENITY BANK** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.:  5994 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~HSN/SCH | |

| | | |
|---|---|---|
| **KEYBANK NA S/B/M FIRST NIAGARA BANK NA** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 94968 | Court Claim Number:1 | ACCOUNT NO.:  8189 |
| | CLAIM:  426.43 | |
| CLEVELAND, OH  44101 | COMMENT:  SBM FIRST NIAGARA | |

| | | |
|---|---|---|
| **CAPITAL ONE NA**** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:7 | ACCOUNT NO.:  5218 |
| PO BOX 3001 | CLAIM:  1,672.57 | |
| MALVERN, PA  19355-0701 | COMMENT:  KOHLS | |

| | | |
|---|---|---|
| **PENN CREDIT CORP++** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 988* | Court Claim Number: | ACCOUNT NO.:  2216 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17108 | COMMENT:  FIRST ENERGY/SCH | |

| | | |
|---|---|---|
| **SEARS/CITI CARD USA*+++** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BANKRUPTCY DEPT* | Court Claim Number: | ACCOUNT NO.:  6550 |
| POB 182149* | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT: | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  0474 |
| PO BOX 41021 | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~JCP/SCH | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN(** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:6 | ACCOUNT NO.:  1375 |
| | CLAIM:  2,119.25 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  LOWES/SYNCHRONY | |

**CLAIM RECORDS**

| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:5 | ACCOUNT NO.: 1186 |
| | CLAIM: 3,682.35 | |
| KIRKLAND, WA 98083-0788 | COMMENT: WALMART/SYNCHRONY BNK | |

| UPMC HEALTH SERVICES | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:10 | ACCOUNT NO.: 9706 |
| PO BOX 1123 | | |
| | CLAIM: 731.70 | |
| MINNEAPOLIS, MN 55440 | COMMENT: NO ACCT/SCH | |

| US BANK NA** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 5227 | Court Claim Number:2 | ACCOUNT NO.: 0656 |
| | CLAIM: 8,544.69 | |
| CINCINNATI, OH 45201-5227 | COMMENT: | |

| FIRST ENERGY* | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
|---|---|---|
| 5001 NASA BLVD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| FAIRMONT, WV 26554 | COMMENT: | |

| UPMC PHYSICIAN SERVICES | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:11 | ACCOUNT NO.: 9706 |
| PO BOX 1123 | | |
| | CLAIM: 140.30 | |
| MINNEAPOLIS, MN 55440 | COMMENT: SCH @ 22~NO ACCT/SCH | |