Certificate Number: 02998-PAW-DE-035422175

Bankruptcy Case Number: 18-10145



02998-PAW-DE-035422175

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2021, at 5:09 o'clock PM EST, Richard A Grasso completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   March 3, 2021                              By:    /s/Terri Everett

                                                   Name:  Terri Everett

                                                   Title: Counselor