Certificate Number: 02998-PAW-DE-035422179

Bankruptcy Case Number: 18-10145



02998-PAW-DE-035422179

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 3, 2021</u>, at <u>5:09</u> o'clock <u>PM EST</u>, <u>Barbara J Grasso</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>March 3, 2021</u>           By:   <u>/s/Terri Everett</u>

                                    Name: <u>Terri Everett</u>

                                    Title:  <u>Counselor</u>