IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 18-10145-TPA** |
| | : | |
| **Richard Andrew Grasso AND,** | : | |
| **Barbara Jean Grasso,** | : | |
|    **Debtors,** | : | |
| | : | **Chapter 13** |
| **Richard Andrew Grasso AND** | : | |
| **Barbara Jean Grasso,** | : | |
|    **Movants,** | : | |
|   v. | : | **Docket No. 41** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|    **Chapter 13, Trustee,** | : | |
|    **Respondent.** | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 3, 2021 at docket numbers 39 and 40, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

  This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>March 11, 2021</u>            /s/ Daniel P. Foster, Esquire
                           Daniel P. Foster
                           PA I.D. # 92376
                           Foster Law Offices
                           1210 Park Avenue
                           Meadville, PA 16335
                           Phone: 814.724.1165
                           Fax: 814.724.1158
                           Email: dan@mrdebtbuster.com
                           Attorney for Debtor

**PAWB Local Form 24 (07/13)**