Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Richard Andrew Grasso** | : | Case No. 18−10145−TPA |
| **Barbara Jean Grasso** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 42 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 6/2/21 at 12:00 PM |
| *Respondent(s).* | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

*AND NOW,* this *The 29th of March, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 42 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before May 13, 2021**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***June 2, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 18-10145-TPA
Richard Andrew Grasso                                                                                   Chapter 13
Barbara Jean Grasso
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1               User: jmar                              Page 1 of 3
Date Rcvd: Mar 29, 2021            Form ID: 300b                           Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb    | +  | Richard Andrew Grasso, Barbara Jean Grasso, 4400 East Lake Road, Apt 320, Erie, PA 16511-1394 |
| 14777968  | +  | Aes / Pheaa Frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14782534  | +  | Alexis Rehders, 1418 Lynn Street, Erie, PA 16503-1731 |
| 14777969  | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 14824327  | +  | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14777970  | +  | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14777972  | +  | Capital One / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14809568  |    | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14977206  |    | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14777978  |    | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14807087  | +  | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14782535  | +  | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14818707  |    | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14818708  |    | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14796824  | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14777987  | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14777971 |   | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 30 2021 03:29:21 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14777973 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2021 04:35:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14777974 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2021 04:35:00 | Comenity Bank / Hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14777975 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2021 03:07:13 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14777976 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 30 2021 04:36:00 | First Energy, Revenue Assurance, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14777977 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 30 2021 04:36:00 | Keybank Na, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 14807453 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2021 04:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14814181 |   | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2021 04:34:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 |

Case 18-10145-TPA   Doc 44   Filed 03/31/21   Entered 04/01/21 00:46:02   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2021 | Form ID: 300b | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Newmark Drive, Miamisburg, OH 45342 |
| 14777980 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2021 04:34:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14777981 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2021 04:34:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14814092 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2021 03:06:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14778780 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2021 03:18:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14809324 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2021 04:35:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14777982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2021 03:06:46 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14777983 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2021 03:17:40 | Syncb / Jcpenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14777984 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2021 03:05:46 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14777985 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2021 03:17:40 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14777986 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2021 03:30:05 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14796824 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 30 2021 04:36:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14777987 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 30 2021 04:36:00 | Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGE |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14777979 | ##+ | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2021           Signature:        /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 3 of 3 |
| Date Rcvd: Mar 29, 2021 | Form ID: 300b | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Richard Andrew Grasso dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Barbara Jean Grasso dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5