**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    RICHARD ANDREW GRASSO
    BARBARA JEAN GRASSO
          Debtor(s)

    Ronda J. Winnecour
     Chapter 13 Trustee,
          Movant
          vs.
    No Respondents.

Case No.:18-10145 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

March 26, 2021

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/21/2018  and confirmed on 4/25/18 .  The case was subsequently          Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 7,020.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,020.00 |

| Administrative Fees | | |
|---|---|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 354.25 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,854.25 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5479 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7672 | | | | |
| | | ***NONE*** | | |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD ANDREW GRASSO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
| ECMC(*) | 19,707.55 | 961.06 | 0.00 | 961.06 |
| Acct: 9297 | | | | |
| ALEXIS REHDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3612 | | | | |
| BANK OF AMERICA NA** | 11,329.87 | 552.51 | 0.00 | 552.51 |
| Acct: 1186 | | | | |
| BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7465 | | | | |
| BANK OF AMERICA NA** | 5,490.58 | 267.76 | 0.00 | 267.76 |
| Acct: 0587 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 7,146.54 | 348.51 | 0.00 | 348.51 |
| Acct: 5303 | | | | |
| MIDLAND FUNDING LLC | 3,925.28 | 191.42 | 0.00 | 191.42 |
| Acct: 5000 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0053 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

18-10145 TPA                                                                    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 3575 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5994 | | | | |
| KEYBANK NA S/B/M FIRST NIAGARA BANI | 426.43 | 20.80 | 0.00 | 20.80 |
| Acct: 8189 | | | | |
| CAPITAL ONE NA** | 1,672.57 | 81.56 | 0.00 | 81.56 |
| Acct: 5218 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2216 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6550 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0474 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FI | 2,119.25 | 103.35 | 0.00 | 103.35 |
| Acct: 1375 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FI | 3,682.35 | 179.57 | 0.00 | 179.57 |
| Acct: 1186 | | | | |
| UPMC HEALTH SERVICES | 731.70 | 35.69 | 0.00 | 35.69 |
| Acct: 9706 | | | | |
| US BANK NA** | 8,544.69 | 416.68 | 0.00 | 416.68 |
| Acct: 0656 | | | | |
| UPMC PHYSICIAN SERVICES | 140.30 | 6.84 | 0.00 | 6.84 |
| Acct: 9706 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1375 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST ENERGY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,165.75 |

TOTAL PAID TO CREDITORS                                                          3,165.75

TOTAL CLAIMED
PRIORITY            0.00
SECURED             0.00
UNSECURED       64,917.11

Date: 03/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RICHARD ANDREW GRASSO
    BARBARA JEAN GRASSO
         Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:18-10145 TPA

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 18-10145-TPA

Richard Andrew Grasso                                                                       Chapter 13

Barbara Jean Grasso

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                              User: jmar                                        Page 1 of 3

Date Rcvd: Mar 29, 2021                        Form ID: pdf900                              Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Andrew Grasso, Barbara Jean Grasso, 4400 East Lake Road, Apt 320, Erie, PA 16511-1394 |
| 14777968 | + | Aes / Phea Frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14782534 | + | Alexis Rehders, 1418 Lynn Street, Erie, PA 16503-1731 |
| 14777969 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 14824327 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14777970 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14777972 | + | Capital One / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14809568 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14977206 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14777978 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14807087 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14782535 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14818707 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14818708 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14796824 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14777987 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14777971 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 30 2021 03:18:06 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14777973 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2021 04:35:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14777974 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2021 04:35:00 | Comenity Bank / Hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14777975 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2021 03:07:18 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14777976 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 30 2021 04:36:00 | First Energy, Revenue Assurance, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14777977 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 30 2021 04:36:00 | Keybank Na, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 14807453 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2021 04:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14814181 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2021 04:34:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 |

District/off: 0315-1                        User: jmar                                    Page 2 of 3
Date Rcvd: Mar 29, 2021                     Form ID: pdf900                                Total Noticed: 34

|  |  |  | Newmark Drive, Miamisburg, OH 45342 |
|---|---|---|---|
| 14777980 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Mar 30 2021 04:34:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14777981 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Mar 30 2021 04:34:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14814092 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 30 2021 03:29:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14778780 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 30 2021 03:06:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14809324 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Mar 30 2021 04:35:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14777982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Mar 30 2021 03:06:51 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14777983 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Mar 30 2021 03:05:45 | Syncb / Jcpenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14777984 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Mar 30 2021 03:17:41 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14777985 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Mar 30 2021 03:05:46 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14777986 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Mar 30 2021 03:06:46 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14796824 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | |
| | | Mar 30 2021 04:36:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14777987 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | |
| | | Mar 30 2021 04:36:00 | Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGE |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14777979 | ##+ | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Richard Andrew Grasso dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Barbara Jean Grasso dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5