**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Richard Andrew Grasso** | Social Security number or ITIN  xxx–xx–9706 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Barbara Jean Grasso** | Social Security number or ITIN  xxx–xx–9297 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18–10145–TPA**

# Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard Andrew Grasso                Barbara Jean Grasso

<u>5/17/21</u>                **By the court:**   <u>Thomas P. Agresti</u>
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                             Case No. 18-10145-TPA

Richard Andrew Grasso                                     Chapter 13

Barbara Jean Grasso

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                             User: nsha                                             Page 1 of 3

Date Rcvd: May 17, 2021                    Form ID: 3180W                              Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##             Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Andrew Grasso, Barbara Jean Grasso, 4400 East Lake Road, Apt 320, Erie, PA 16511-1394 |
| 14777968 | + | Aes / Pheaa Frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14782534 | + | Alexis Rehders, 1418 Lynn Street, Erie, PA 16503-1731 |
| 14824327 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14777972 | + | Capital One / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14777978 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14807087 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14782535 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14818707 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14818708 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 18 2021 03:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2021 02:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 18 2021 03:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2021 02:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14777969 | | EDI: BANKAMER.COM | May 18 2021 03:08:00 | Bank of America, Po Box 982238, El Paso, TX 79998 |
| 14777970 | + | EDI: TSYS2.COM | May 18 2021 03:08:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14777971 | | EDI: CAPITALONE.COM | May 18 2021 03:08:00 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14809568 | | EDI: BL-BECKET.COM | May 18 2021 03:08:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14777973 | + | EDI: WFNNB.COM | May 18 2021 03:08:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |

| District/off: 0315-1 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2021 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14777974 | + | EDI: WFNNB.COM | May 18 2021 03:08:00 | Comenity Bank / Hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14777975 | | EDI: CITICORP.COM | May 18 2021 03:08:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14977206 | | EDI: ECMC.COM | May 18 2021 03:08:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14777976 | + | Email/Text: bankruptcy@firstenergycorp.com | May 18 2021 02:14:00 | First Energy, Revenue Assurance, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14777977 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 18 2021 02:14:00 | Keybank Na, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 14807453 | + | EDI: MID8.COM | May 18 2021 03:08:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14814181 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2021 02:13:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14777980 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2021 02:13:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14777981 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2021 02:13:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14814092 | | EDI: PRA.COM | May 18 2021 03:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14778780 | + | EDI: RECOVERYCORP.COM | May 18 2021 03:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14809324 | | EDI: Q3G.COM | May 18 2021 03:08:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14777982 | + | EDI: CITICORP.COM | May 18 2021 03:08:00 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14777983 | + | EDI: RMSC.COM | May 18 2021 03:08:00 | Syncb / Jcpenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14777984 | + | EDI: RMSC.COM | May 18 2021 03:08:00 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14777985 | + | EDI: RMSC.COM | May 18 2021 03:08:00 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14777986 | + | EDI: CITICORP.COM | May 18 2021 03:08:00 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14796824 | | EDI: USBANKARS.COM | May 18 2021 03:08:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14777987 | | EDI: USBANKARS.COM | May 18 2021 03:08:00 | Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGE |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14777979 | ##+ | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Richard Andrew Grasso dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Barbara Jean Grasso dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5