**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/17/21 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    RICHARD ANDREW GRASSO
    BARBARA JEAN GRASSO
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.: 18-10145 TPA

Chapter 13

Document No.: 42

### ORDER OF COURT

AND NOW, this ____17th____ day of _____May_____, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10145-TPA |
| Richard Andrew Grasso | Chapter 13 |
| Barbara Jean Grasso | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 1 of 3 |
| Date Rcvd: May 17, 2021 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Andrew Grasso, Barbara Jean Grasso, 4400 East Lake Road, Apt 320, Erie, PA 16511-1394 |
| 14777968 | + | Aes / Pheaa Frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14782534 | + | Alexis Rehders, 1418 Lynn Street, Erie, PA 16503-1731 |
| 14777969 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 14824327 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14777970 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14777972 | + | Capital One / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14809568 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14977206 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14777978 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14807087 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14782535 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14818707 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14818708 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14796824 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14777987 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14777971 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 18 2021 02:23:24 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14777973 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2021 02:13:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14777974 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2021 02:13:00 | Comenity Bank / Hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14777975 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2021 02:21:34 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14777976 | + | Email/Text: bankruptcy@firstenergycorp.com | May 18 2021 02:14:00 | First Energy, Revenue Assurance, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14777977 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 18 2021 02:14:00 | Keybank Na, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 14807453 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2021 02:14:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14814181 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2021 02:13:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Newmark Drive, Miamisburg, OH 45342 |
| 14777980 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2021 02:13:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14777981 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2021 02:13:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14814092 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2021 02:21:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14778780 | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2021 02:25:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14809324 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2021 02:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14777982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2021 02:25:12 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14777983 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2021 02:23:22 | Syncb / Jcpenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14777984 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2021 02:25:08 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14777985 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2021 02:21:30 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14777986 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2021 02:23:28 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14796824 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 18 2021 02:14:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14777987 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 18 2021 02:14:00 | Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGE |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14777979 | ##+ | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021   Signature:   /s/Joseph Speetjens

| District/off: 0315-1 | User: nsha | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2021 | Form ID: pdf900 | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Richard Andrew Grasso dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Barbara Jean Grasso dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5